■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR ARIAS, Also Known as RAFAEL GILPENA, Appellant. [741 NYS2d 411] —Judgments, Supreme Court, New York County (Edward McLaughlin, J.), rendered September 20, 1999, convicting defendant, upon his pleas of guilty, of criminal possession of a controlled substance in the second degree and criminal possession of a weapon in the third degree, and sentencing him to consecutive terms of four years to life and two years, respectively, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761). The credible evidence established that defendant dropped the drugs into plain view when attempting to hide them from the officers.

We perceive no basis for a reduction of sentence. Concur—Andrias, J.P., Saxe, Ellerin, Marlow and Gonzalez, JJ.

■ CALVIN NELSON, Appellant, v OSBORNE REALTY CORP. et al., Respondents. [742 NYS2d 31] —Order, Supreme Court, Bronx County (Yvonne Gonzalez, J.), entered on or about March 9, 2001, which, in an action for personal injuries allegedly caused by inadequate building security, granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The action was properly dismissed on the ground that no issue of fact was raised as to whether the attack was foreseeable given no evidence of prior criminal activity in or around the vestibule where the attack took place (*see, Mason v U.E.S.S. Leasing Corp.*, 96 NY2d 875, 878). No factual issue is raised by the circumstance that the lock on the vestibule's outer door had been removed, allowing access to the vestibule to anyone from the street, where there was a functioning lock on the vestibule's inner door leading into the building (*see, Anzalone v Pan-Am Equities*, 271 AD2d 307, 309; *Tarter v Schildkraut*, 151 AD2d 414, *lv denied* 74 NY2d 616). Concur—Andrias, J.P., Saxe, Ellerin, Marlow and Gonzalez, JJ.